UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-cr-10076-MOORE

UNITED STATES OF AMERICA,

vs.

REYNALDO CRESPO MARQUEZ,

　　　Defendant.

_____/

## **REPORT AND RECOMMENDATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to the Government's Motion to Enforce the Plea Agreement (ECF No. 355).

The Government's Motion asks the Court to enforce the Parties' Plea Agreement and to set the matter for sentencing. Defendant has filed no response in opposition to the Motion, which represents that Defendant, by and through counsel, does not oppose the relief sought.

As explained in the Motion, and confirmed upon review of the docket, the Court has already accepted Defendant's guilty plea and adjudicated him guilty (ECF No. 158). Accordingly, the matter is ripe for sentencing. Indeed, a Presentence Investigation Report has been prepared, which memorializes the terms of the plea agreement executed by the Parties. As such, it is my recommendation that the Motion be GRANTED; that sentencing be scheduled at the Court's convenience; and the Court enforce the plea agreement of the Parties.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and

1

accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object

in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's

order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 29th day of January, 2021.

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:    The Honorable K. Michael Moore
       Counsel of record

2